**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YURIDIA TRUJILLO, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | 17-cv-2303 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Guzman |
| vs. | ) | Magistrate Judge Kim |
| | ) | |
| ASSET RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION

Defendant, Asset Recovery Solutions ("Defendant"), stipulates that it will not make any offer or tender to Plaintiff Yuridia Trujillo ("Plaintiff") including but not limited to an offer pursuant to Fed. R. Civ. P. 68, except that Defendant may make any offer or tender to Plaintiff including but not limited to an offer pursuant to Fed. R. Civ. P. 68 in the following circumstances:

(1) If Defendant sends counsel for Plaintiff an e-mail notifying Plaintiff that Defendant intends to serve a Rule 68 offer or tender on an individual basis, then Defendant may serve such a Rule 68 offer or tender on the seventh day after the e-mail notification was sent (but not before such time);

(2) Defendant may serve a Rule 68 offer or tender on a class wide basis at any time.

In consideration of the foregoing, Plaintiff stipulates to withdraw the pending motion for class certification without prejudice, and with general leave to re-file.

Defendant denies that class treatment is appropriate in this action, and denies that any class could or should be certified in this action. In the event that Plaintiff re-files a motion for class certification, Defendant reserves and does not waive its rights to oppose any such motion.

Respectfully submitted,

Yuridia Trujillo, Plaintiff

/s/ Emiliya Gumin Farbstein
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

Asset Recovery Solutions

/s/ Eric Gribbin
Eric Gribbin
Akerman LLP
71 S. Wacker Dr. 46th Floor
Chicago, IL 60606
(312) 634-5700
(312) 424-1909 (FAX)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 23, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Stipulation to Withdraw Motion for Class Certification** by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                     /s/ Emiliya Gumin Farbstein
                                                                        Emiliya Gumin Farbstein

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya G. Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com