## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Yuridia Trujillo

                                              Plaintiff,

v.                                                                                       Case No.: 1:17−cv−02303
                                                                                         Honorable Ronald A. Guzman

Asset Recovery Solutions, LLC

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation of dismissal [58], plaintiff hereby dismisses with prejudice her individual claim against defendant Asset Recovery Solutions in Count II only pursuant to Fed.R.Civ.P. 41. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.